JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:22 mj 00321-DJA |
| Plaintiff, | ORDER to Continue Preliminary Hearing Date (Second Request) |
| vs. | |
| CHRISTOPHER S. HOUSLEY | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, Edward Veronda, Assistant United States Attorney, counsel for the United States of America and Jess Marchese, Esq., counsel for defendant Christopher S. Housley.

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR June 27, 2022, at 4:00 p.m. before U.S. Magistrate Daniel J. Albregts be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The Government will be providing additional pre-Indictment discovery, including a large amount of emails and text messages. Counsel advised that he will need time to discuss and review both the first and second package of discovery and requests additional time to complete that review.

2. Defense counsel and counsel for the government agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert a criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the second request for a continuance.

Dated this June 1, 2022.

Respectfully Submitted,

| JASON M. FRIERSON<br>United States Attorney | MARCHESE LAW OFFICES |
|---|---|
| //s// Edward G. Veronda | //s// Jess Marchese |
| EDWARD G. VERONDA<br>Assistant United States Attorney | JESS MARCHESE<br>Counsel for Christopher S. Housley |

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:22 mj 00321-DJA |
| Plaintiff, | ORDER to Continue Preliminary Hearing Date (Second Request) |
| vs. | |
| CHRISTOPHER S. HOUSLEY, | |
| Defendants. | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Indictment against the defendant is hereby extended from the date of the filing of the complaint up through and including July 27, 2022.

3

2. The Government will be providing additional pre-Indictment discovery. Counsel advised that he will need time for discussing and reviewing the additional discovery and requests additional time to complete that review.

3. Both counsel for the defendants and counsel for the government agree to the continuance.

4. The defendant is not detained and agrees to the continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for June 27, 2022, at 4:00 p.m. be vacated and continued to August 1, 2022, at 4:00 p.m., Courtroom 3A.

DATED this 2nd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS