JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

```
            FILED            RECEIVED
            ENTERED          SERVED ON
                     COUNSEL/PARTIES OF RECORD

                   JUL 20 2022

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
         BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER STEPHEN HOUSLEY,<br>aka Robert White,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:22-cr-*0160 APG BNW*<br><br>**VIOLATIONS:**<br><br>21 U.S.C. §§846, 841(a)(1), and (b)(1)(C)– Conspiracy to Distribute a Controlled Substance—Tapentadol and Carisoprodol<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance – Tapentadol<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a Controlled Substance–Alprazolam<br><br>18 U.S.C.§ 371 Conspiracy to Distribute Misbranded Drugs<br><br>18 U.S.C.§§1956(h)– Money Laundering Conspiracy |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Conspiracy to Distribute a Controlled Substance
(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

From a time unknown but no earlier than July 2020, and continuing up to and including on or about the date May 3, 2022, in the State and Federal District of Nevada and elsewhere,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, and others known and unknown to the grand jury, knowingly combined, conspired, confederated, and agreed with each other to distribute a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of carisoprodol, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
Distribution of a Controlled Substance Causing Death
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about May 20, 2021, in the State and Federal District of Nevada

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, to J.K., and J.K.'s use of said controlled substance resulted in his death, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about August 18, 2021, in the State and Federal District of Nevada,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about October 25, 2021, in the State and Federal District of Nevada,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, aided and abetted by others, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about May 3, 2022, in the State and Federal District of Nevada,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of alprazolam, a Schedule IV controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
Conspiracy to Distribute Misbranded Drugs
(18 U.S.C. §371)

### Object of the Conspiracy

Beginning from a time unknown to the Grand Jury but at least as early as February 29, 2020, and continuing up to and including on or about May 3, 2022, in the District of Nevada,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, and others known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed to commit offenses against the United States, namely:

1.  Importing and bringing unlabeled bulk tadalafil and sildenafil, and receiving, concealing, buying, selling, and facilitating the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, namely, 21 U.S.C. §§ 331(a) and 352, in violation of Title 18, United States Code, Section 545; and

2.  Introducing and causing the introduction of drugs that were misbranded within the meaning of 21 U.S.C. § 352(f)(1) in that its labeling failed to bear adequate directions for use, into interstate commerce, with the intent to defraud or mislead, in violation of Title 21, United States Code, Section 331(a), 352, and 333(a)(2); and

3.  Defrauding the United States or one of its agencies or departments, that is, impeding, impairing, obstructing, and defeating the lawful and legitimate functions of the

FDA in investigating and enforcing federal laws and regulations related to misbranded drugs, in violation of Title 18, U.S.C. § 371.

Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy and to carry out its object, the defendant performed, or caused to be performed, one or more of the following overt acts, among others:

1. On or about July 6, 2020, HOUSLEY used a fraudulent Florida driver's license in the name of "Robert White" to register United Parcel Service boxes in Nevada for the purpose of receiving bulk quantities of tadalafil and sildenafil which were misbranded as Cialis and Viagra then sold. Defendant regularly retrieved and shipped boxes from these locations using the alias Robert White.

2. Between May and June 2021, HOUSLEY paid for and shipped 4,729 packages. Each package had a return address as Robert White in Las Vegas, Nevada.

3. From a time unknown but no earlier than on or about February 29, 2020, continuing up to and including on or about November 18, 2021, HOUSLEY used Phone Application A to advertise to several customers drugs for sale, including, not limited to "Generic Viagra," "Generic Cialis," "Xanax 2 (Alprazolam) 2 mg bars)" as well as "Loose Viagra" and "Loose Cialis."

4. "Cialis" was the trade name for Eli Lilly & Company's FDA-approved erectile dysfunction drug containing the active pharmaceutical ingredient tadalafil.

5. "Viagra" was the trade name for Pfizer, Inc.'s FDA-approved erectile dysfunction drug containing the active pharmaceutical ingredient sildenafil.

6. From on or about April 14, 2022, continuing up to and including on or about May 3, 2022, HOUSLEY rented a storage unit, using a false identification card in the name of Robert White, where he stored and sold misbranded drugs containing the active pharmaceutical ingredients tadalafil and sildenafil.

7. During the month of March 2022, CBP/HSI seized 125 inbound parcels at JFK Airport from India, addressed to Robert White in Las Vegas, Nevada. The inbound parcels contained 69 kilograms amount of bulk tadalafil and sildenafil tablets, among other drugs.

8. On or about the following dates, HOUSLEY caused the following shipments containing unlabeled bulk tadalafil and sildenafil to be imported from India into the United States:

| Drug | Date Seized | Parcel Weight | Destination |
| --- | --- | --- | --- |
| Tadalafil | 3/14/2022 | 416 grams | Robert White, Las Vegas, NV |
| Sildenafil | 3/15/2022 | 588 grams | Robert White, Las Vegas, NV |
| Sildenafil | 3/17/2022 | 1,635 grams | Robert White, Las Vegas, NV |
| Sildenafil | 3/19/2022 | 598 grams | Robert White, Las Vegas, NV |
| Tadalafil | 3/24/2022 | 376 grams | Robert White, Las Vegas, NV |

9. Defendant was not registered to manufacture these drugs, nor did Defendant seek or have approval to market these drugs.

## COUNT SEVEN
(Money Laundering Conspiracy)
(18 U.S.C. § 1956(h))

Beginning from a time unknown, and continuing to on or about May 3, 2022, in the State and Federal District of Nevada and elsewhere,

**CHRISTOPHER STEPHEN HOUSLEY**
**aka Robert White,**

defendant herein, together with others known and unknown to the grand jury, knowingly combined, conspired, and agreed with each other to commit the following offense against the United States.

To knowingly move by wire and other means, in and affecting interstate commerce, funds constituting criminally derived property and derived from specified unlawful activity, namely conspiracy to distribute a controlled substance as charged in Count 1 of this Indictment, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and (b)(1)(C), with the intent to promote the carrying on of the specified unlawful activity, and with intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specific unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and (B)(i), in violation of Title 18, United States Code, Section 1956(h).

DATED: this 20th day of July, 2022

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

7