UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>CHRISTOPHER STEPHEN HOUSELY, aka Robert White,<br><br>            Defendant. | Case No. 2:22-cr-00160-APG-BNW<br><br>ORDER DENYING STIPULATION<br><br>[ECF No. 32] |

The parties have filed a stipulation to extend the Government's deadline to respond to a "motion to join and sever" that purportedly was filed by the defendant (referenced as ECF No. 21 in the stipulation).  There is no such motion pending in this case, and ECF No. 21 is an order. Therefore, the stipulation to extend a deadline **(ECF No. 32) is denied**.

DATED THIS 31st day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE