JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant- HOUSLEY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-CR-00160-APG-BNW |
| Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER HOUSLEY, | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a conflict with the current date and time.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the arraignment to a date and time convenient to the court.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for December 20, 2022, at 2:30 p.m., be continued to the __6th__ day of January, 2023 in LV Courtroom 3B before Magistrate Judge Brenda Weksler.

DATED this __19th__ day of December, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

-4-