JESS R. MARCHESE, ESQ.
Nevada Bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106
(702) 385-5377 (P)
marcheselaw@msn.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HOUSLEY,<br><br>Defendant. | Case No. 2:22-cr-00160-APG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT KNIEF, Assistant United States Attorney, counsel for the United States of America, and JESS R. MARCHESE, counsel for defendant CHRISTOPHER HOUSLEY, that the sentencing hearing currently scheduled for January 30, 2024, at the hour of 1:30 p.m., be vacated and continued to a date and at a time approximately 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Housley has a conflict on the date and time of the sentencing.
2. The parties agree to the continuance.
3. The defendant is out of custody and does not object to the continuance.
4. This is the first request for a continuance of the hearing date.
5. For all of the above-stated reasons, the end of justice would best be served if Defendant's hearing was rescheduled.

1

Dated: January 21, 2024

                                          Respectfully submitted,

*/s/ Jess Marchese*

_____

JESS R. MARCHESE, ESQ.
Counsel for Defendant

JASON M. FRIERSON
United States Attorney

*/s/ Robert Knief*

_____

ROBERT KNIEF
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER HOUSLEY,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00160-APG<br><br>**ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Mr. Housley has a conflict on the date and time of the sentencing.
2. The parties agree to the continuance.
3. The defendant is out of custody and does not object to the continuance.
4. This is the first request for a continuance of the sentencing date.
5. For all of the above-stated reasons, the end of justice would best be served if Defendant's hearing was rescheduled.

IT IS ORDERED that the sentencing hearing currently scheduled for January 30, 2024, be vacated and continued to March 6, 2024, at 1:30 p.m. in Courtroom 6C.

IT IS SO ORDERED:

Dated: January 22, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3