JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2672
marcheselaw@msn.com
Attorney for Defendant – HOUSLEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-CR-00160-APG-BNW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER HOUSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant CHRISTOPHER HOUSLEY and ROBERT KNIEF, Assistant United States Attorney, that Mr. Housley's turn-in date to the Federal Bureau of Prisons currently scheduled for June 14, 2024, be rescheduled for August 14, 2024.

DATED this 21st day of May, 2024,

 /S/ Jess R. Marchese                           /S/ Robert Knief
JESS R MARCHESE, ESQ.                ROBERT KNIEF, ESQ.
601 S. Rancho Drive, B-14                 Assistant United States Attorney
Las Vegas, Nevada 89106                 501 Las Vegas Blvd South #1100
Attorney for Defendant                       Las Vegas, Nevada 89101
                                                              Attorney for Plaintiff

-2-

## ORDER

IT IS HEREBY ORDERED that CHRISTOPHER HOUSLEY'S turn-in date currently scheduled for June 14, 2024 be continued to the 14th day of August, 2024.

DATED this 22nd day of May, 2024,

_____
**UNITED STATES DISTRICT JUDGE**