UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00160-APG-BNW |
| Plaintiff, | **Order Granting in Part Motion to Continue Turn-In Date** |
| v. | |
| CHRISTOPHER STEPHEN HOUSELY, aka Robert White, | [ECF No. 67] |
| Defendant. | |

I previously extended Christopher Housley's self-surrender date based on the parties' stipulation. ECF No. 66.  Housley now moves for a second extension, this time seeking another 60 days. ECF No. 67.  Housley offers insufficient reasons for an extension of that length.  However, I will grant him a two-week extension so he can make final arrangements for the care of his child and pets.

I THEREFORE ORDER that Christopher Housley's motion (ECF No. 67) is granted in part.  His self-surrender date is extended to 12:00 noon on Friday August 30, 2024.  No further extensions will be granted absent extraordinary circumstances.

DATED THIS 5th day of August, 2024.

UNITED STATES DISTRICT JUDGE