UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>CHRISTOPHER STEPHEN HOUSELY, aka Robert White,<br><br>         Defendant. | Case No. 2:22-cr-00160-APG-BNW<br><br>**Order Granting Second Motion to Continue Turn-In Date**<br><br>[ECF No. 75] |

Christopher Housley moves for a third extension of his self-surrender date, this time seeking seven additional days. ECF No. 75.  Housley offers good cause for the extension, so I grant it.

I THEREFORE ORDER that Christopher Housley's motion (ECF No. 75) is granted. His self-surrender date is extended to 12:00 noon on Friday September 6, 2024.

DATED THIS 29th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE