JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER S. HOUSLEY,<br>aka Robert White,<br><br>  Defendant. | 2:22-CR-160-APG-BNW<br><br>**United States of America's Unopposed Motion to Approve List Price for Real Property Located at 187 Jalyn Rae Court, Las Vegas, Nevada 89183** |

The United States moves this Court to approve a list price of $975,000 for the sale of 187 Jalyn Rae Court, Las Vegas, NV 89183 (property).[1] Christopher S. Housley agreed to this listing price.

---

[1] 187 Jalyn Rae Court, Las Vegas, NV 89183, more particularly described as:
PARCEL ONE (1):
LOT THIRTY-SIX (36) IN BLOCK THREE (3) OF FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 104, OF PLATS, PAGE 27, RECORDED APRIL 8, 2002 IN BOOK 20020408 OF OFFICIAL RECORDS, AS DOCUMENT NO. 02459, CLARK COUNTY, NEVADA.
PARCEL TWO (2):
A NON EXCLUSIVE EASEMENT OF INGRESS, EGRESS, USE AND ENJOYMENT OF, IN, TO, AND OVER THOSE PORTIONS AS SHOWN AS "PRIVATE STREETS AND P.U.E.", "COMMON AREAS" AND ASSOCIATION PROPERTY AS SHOWN ON FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY) IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1), TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 177-28-310-020.

The reason for this request is to authorize Doug Sawyer to list the property for sale for $975,000 under the Court-ordered Stipulation to Agree to the Motion to Substitute and to Forfeit and to Agree to an Interlocutory Sale.

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

### Motion and Memorandum of Points and Authorities

This Court authorized the Stipulation for an Interlocutory Sale of the property and the Substitution and Forfeiture of the property.[2] This court has not signed the Substitution and Forfeiture Order that is pending before this Court.[3] Housley and the government entered into a Stipulation and agreed to the sale of the property through Doug Sawyer.[4] Housley agreed to list the property for sale for $975,000, and Doug Sawyer agrees this is a fair listing price for the property.

### Conclusion

This Court should enter an Order for the list price of $975,000 for the sale of 187 Jalyn Rae Court, Las Vegas, NV 89183.

Dated: September 19, 2024.

JASON M. FRIERSON
United States Attorney

*/s/* Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: September 19, 2024

---

[2] Order Granting Stipulation, ECF No. 79.
[3] Proposed Order attached as Exhibit 2 to the Motion to Substitute and to Forfeit, ECF No. 73-1, p. 9-11.
[4] Order Granting Stipulation, ECF No. 79.