UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00160-APG-BNW |
| Plaintiff, | **Order Granting Motions to Clarify Response Deadlines** |
| v. | |
| CHRISTOPHER STEPHEN HOUSELY, aka Robert White, | [ECF Nos. 89, 92] |
| Defendant. | |

Jess Marchese and Cox Communications Las Vegas, Inc. filed petitions for ancillary hearings to determine their legal interest in property forfeited to the United States. ECF Nos. 87, 90. The court's docketing system automatically calendared the Government's response deadline for 14 days after each petition was filed. The Government now moves to confirm that it has 60 days to respond to the petitions. ECF Nos. 89, 92 (citing Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions A(1)(B) and (2); Fed. R. Civ. P. 12(a)(2)). The petitioners have not opposed the Government's motions. I agree with the Government that the response deadlines should be 60 days from the filing of the petitions.

I THEREFORE ORDER that the Government's motions (**ECF Nos. 89, 92) are granted**. The Government has until 60 days after the petitions were filed to file its response to each.

DATED THIS 18th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE