**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER STEPHEN HOUSLEY,<br>aka Robert White,<br><br>    Defendant. | 2:22-CR-160-APG-BNW<br><br>**Amended Final Order of Forfeiture** |

This Court found that Christopher Stephen Housley, aka Robert White, shall pay the in personam criminal forfeiture money judgment of $132,000 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(l); and 21 U.S.C. § 853(p). Second Superseding Criminal Indictment, ECF No. 35; Change of Plea, ECF No. 51; Plea Agreement, ECF No. 52; Preliminary Order of Forfeiture, ECF No. 53.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $132,000 complies with *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

On August 22, 2024, the United States filed a Motion to Substitute and to Forfeit Property of Christopher S. Housley, ECF No. 73, under Fed R. Crim P. 32.2(e) and 21 U.S.C. § 853(p)(1)(B), (p)(1)(C), (p)(1)(D), and (p)(2).

On September 3, 2024, the government filed a proposed Stipulation between United States of America and Christopher S. Housley to Agree to the Motion to Substitute and to Forfeit 187 Jalyn Rae Court, Las Vegas, Nevada 89183, ECF No. 73, and to Agree to an Interlocutory Sale, and Order, ECF No. 78. On September 4, 2024, the Court granted the Stipulation, ECF No. 79. On September 23, 2024, the Court entered the Substitution and Forfeiture, ECF No. 83.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 24, 2024, through October 23, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 85-1, p. 5.

On October 9, 2024, the United States Marshals Service took the property into custody. Notice of Filing Take into Custody, ECF No. 88-1, p. 3.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. U.S. Marshals Service's Process Receipt and Return, ECF No. 84; Notice of Filing Service of Process – Mailing, ECF No. 91; Notice of Filing Service of Process – Personal Service, ECF No. 93.

On October 8, 2024, the United States Attorney's Office served All Western Mortgage, c/o Christopher Biaggi, President, Secretary, Treasurer, and Director, at zip code 89113 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 3, 13-22.

On October 8, 2024, the United States Attorney's Office served All Western Mortgage, c/o Smith & Shapiro PLLC, Registered Agent, at zip code 89074 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 3, 13-18, 23-24.

On October 8, 2024, the United States Attorney's Office served AT&T, c/o AT&T Mobility Corporation, Manager, at zip code 30319 by regular and certified return receipt

2

1  mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of
2  Process – Mailing, ECF No. 91-1, p. 3, 13-18, 25-26.
3    On October 8, 2024, the United States Attorney's Office served AT&T, c/o CT
4  Corporation System, Registered Agent, at zip code 89701 by regular and certified return
5  receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing
6  Service of Process – Mailing, ECF No. 91-1, p. 3, 13-18, 27-28.
7    On October 8, 2024, the United States Attorney's Office served Brianna Johnson,
8  Clark County Assessor, at zip code 89155 by regular and certified return receipt mail with
9  the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process –
10 Mailing, ECF No. 91-1, p. 3, 13-18, 29-30.
11   On October 8, 2024, the United States Attorney's Office served Bryn Mawr Trust,
12 Wilmington Savings Fund Society, FSB as Docile Name, c/o WSFS SPE Services LLC,
13 Registered Agent, at zip code 89109 by regular and certified return receipt mail with the
14 Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process –
15 Mailing, ECF No. 91-1, p. 3, 13-18, 31-32.
16   On October 8, 2024, the United States Attorney's Office served Christopher Housley,
17 Inmate #99334-509, Trustee of the CS Housley Family Trust u/a/d/06/12/2019, at zip
18 code 95301 by regular and certified return receipt mail with the Notice and the Substitution
19 and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-
20 18, 33-34.
21   On October 8, 2024, the United States Attorney's Office served Christopher Housley,
22 Inmate #99334-509, at zip code 95301 by regular and certified return receipt mail with the
23 Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process –
24 Mailing, ECF No. 91-1, p. 4, 13-18, 35-36.
25   On October 8, 2024, the United States Attorney's Office served COX
26 Communications Las Vegas, Inc., c/o Corporation Service Company, Registered Agent, at
27 zip code 89703 by regular and certified return receipt mail with the Notice and the
28 / / /

Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-18, 37-38.

On October 8, 2024, the United States Attorney's Office served COX Communications Las Vegas, Inc., c/o Jennifer Hightower, Director/Secretary, at zip code 30328 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-18, 39-41.

On October 8, 2024, the United States Attorney's Office served COX Communications Las Vegas, Inc., c/o Maria Friedman, Treasurer, at zip code 30328 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-18, 42-44.

On October 8, 2024, the United States Attorney's Office served COX Communications Las Vegas, Inc., c/o Mark Greatrex, President, at zip code 30328 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-18, 45-47.

On October 8, 2024, the United States Attorney's Office served COX Communications Las Vegas, Inc., at zip code 89106 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 4, 13-18, 48-49.

On October 8, 2024, the United States Attorney's Office served COX Communications Las Vegas, Inc., at zip code 30328 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 50-52.

On October 8, 2024, the United States Attorney's Office served Debbie Conway, Clark County Recorder, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 53-54.

///

On October 8, 2024, the United States Attorney's Office served Green Dot Corporation, c/o Corporation Service Company, Registered Agent, at zip code 19808 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 55-56.

On October 8, 2024, the United States Attorney's Office served Green Dot Corporation, c/o William Jacobs, Board of Directors, Chairman, at zip code 45071 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 57-58.

On October 8, 2024, the United States Attorney's Office served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 59-60.

On October 8, 2024, the United States Attorney's Office served J. Ken Diaz, Clark County Treasurer, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 61-62.

On October 8, 2024, the United States Attorney's Office served James B. Gibson, Chair of Clark County Commission, Vice President of Southern Nevada Water Authority, and Vice President of Las Vegas Valley Water District, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 5, 13-18, 63-64.

On October 8, 2024, the United States Attorney's Office served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 65-66.

///

On October 8, 2024, the United States Attorney's Office served Justin Jones, Clark County Commissioner, Southern Nevada Water Authority, and Vice Chair of Clark County Water Reclamation, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 67-68.

On October 8, 2024, the United States Attorney's Office served Kevin Schiller, Clark County Commission Manager, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 69-70.

On October 8, 2024, the United States Attorney's Office served Lien Solutions at zip code 91209 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 71-72.

On October 8, 2024, the United States Attorney's Office served Lynn Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District, the Commission Division, the Clark County Board of Commissioners, the Southern Nevada Water Authority, and the Las Vegas Valley Water District, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 73-74.

On October 8, 2024, the United States Attorney's Office served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District and Chair of Southern Nevada Water Authority, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 75-76.

On October 8, 2024, the United States Attorney's Office served MERS at zip code 48501 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 6, 13-18, 77-78.

On October 8, 2024, the United States Attorney's Office served MERS, INC., as nominee for All Western Mortgage, Inc., as trustee of Galton Funding Mortgage Trust 2019-H1 Wilmington Savings Fund Society, FSB, at zip code 48501 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 79-80.

On October 8, 2024, the United States Attorney's Office served MERS, INC., as nominee for All Western Mortgage, Inc., as trustee of Galton Funding Mortgage Trust 2019-H1 Wilmington Savings Fund Society, FSB, at zip code 68164 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 81-82.

On October 8, 2024, the United States Attorney's Office served NV Energy at zip code 89146 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 84-85.

On October 8, 2024, the United States Attorney's Office served NV Energy, c/o Adrian Cacuci, Treasurer, at zip code 89146 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 86-87.

On October 8, 2024, the United States Attorney's Office served NV Energy, c/o CT Corporation System, Registered Agent, at zip code 89701 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 88-89.

On October 8, 2024, the United States Attorney's Office served NV Energy, c/o Scott Thon, Director, at zip code 89146 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 90-91.

On October 8, 2024, the United States Attorney's Office served and attempted to serve Republic Silver Disposal, INC., DBA Republic Services, Attn: Management/Legal/

1  Liens, at zip code 89104 by regular and certified return receipt mail with the Notice and the
2  Substitution and Forfeiture Order. The status of the certified mail is unknown as the post
3  office has the document listed as in transit since October 14, 2024. Neither mailing was
4  returned. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 7, 13-18, 92-94.

On October 8, 2024, the United States Attorney's Office served Republic Silver Disposal, INC., c/o Catharine Ellingsen, Chief Legal Officer, at zip code 85054 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 95-96.

On October 8, 2024, the United States Attorney's Office served Republic Silver Disposal, INC., c/o CT Corporation System, Registered Agent, at zip code 89701 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 97-98.

On October 8, 2024, the United States Attorney's Office served Sandra or Saundra Kay Housley at zip code 92040 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 99-101.

On October 8, 2024, the United States Attorney's Office served and attempted to serve Sandra or Saundra Kay Housley at zip code 37766 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. The regular mail was not returned. The certified mail was returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 102-104.

On October 8, 2024, the United States Attorney's Office served Sandra or Saundra Kay Housley at zip code 37879 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 105-106.

On October 8, 2024, the United States Attorney's Office served Shellpoint Mortgage Servicing, LLC, c/o Registered Agents Inc., at zip code 29406 by regular and certified

return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 107-108.

On October 8, 2024, the United States Attorney's Office attempted to serve Silver Oaks Estates HOA, c/o First Columbia Community Management Inc., Registered Agent, at zip code 89102 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. The regular mail was returned as insufficient address and unable to forward. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 109-111.

On October 8, 2024, the United States Attorney's Office served Silver Oaks Estates HOA, c/o Patricia Everest, President, at zip code 89126 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 8, 13-18, 112-113.

On October 8, 2024, the United States Attorney's Office served Silver Oaks Estates HOA, c/o Patricia Hess, Secretary and Treasurer, at zip code 89126 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 114-115.

On October 8, 2024, the United States Attorney's Office served SoFi Bank, NA, c/o Corporation Service Company, d/b/a CSC-Lawyers Incorporating Service, Registered Agent, at zip code 95833 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 116-117.

On October 8, 2024, the United States Attorney's Office served Southern Nevada Water Authority, c/o Dan Stewart, Vice Chair, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 118-119.

On October 8, 2024, the United States Attorney's Office served Southern Nevada Water Authority, Olivia Diaz, Board of Directors, at zip code 89153 by regular and certified

/ / /

9

return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 120-121.

On October 8, 2024, the United States Attorney's Office served Southern Nevada Water Authority, Scott Black, Board of Directors, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 122-123.

On October 8, 2024, the United States Attorney's Office served Southern Nevada Water Authority, Steve Walton, Board of Directors, at zip code 89153 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 124-125.

On October 8, 2024, the United States Attorney's Office served Southwest Gas at zip code 89113 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 126-127.

On October 8, 2024, the United States Attorney's Office served Southwest Gas, c/o CT Corporation System, Registered Agent, at zip code 89701 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 128-29.

On October 8, 2024, the United States Attorney's Office served Southwest Gas, c/o Justin Brown, President, at zip code 89113 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 9, 13-18, 130-131.

On October 8, 2024, the United States Attorney's Office served Southwest Gas, c/o Kenneth Kenny, Treasurer, at zip code 89113 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 132-133.

On October 8, 2024, the United States Attorney's Office served Southwest Gas, c/o Thomas Moran, Secretary, at zip code 89113 by regular and certified return receipt mail

with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 134-135.

On October 8, 2024, the United States Attorney's Office served Steven B. Wolfson, Clark County District Attorney's Office, at zip code 89155 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 136-137.

On October 8, 2024, the United States Attorney's Office served Sunnova Asset Portfolio 7 Holdings, LLC, c/o Corporation Service Company, Registered Agent, at zip code 89703 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 138-139.

On October 8, 2024, the United States Attorney's Office served Sunnova Asset Portfolio 7 Holdings, LLC, c/o Sunnova Management LLC, Managing Member, at zip code 77046 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 140-141.

On October 8, 2024, the United States Attorney's Office served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice Chairman of the Clark County Commission, at zip code 89122 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 142-143.

On October 8, 2024, the United States Attorney's Office served and attempted to serve Trustee of the CS Housley Family Trust u/a/d/06/12/2019, c/o Christopher Housley, at zip code 89183 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10, 13-18, 144-146.

/ / /

On October 8, 2024, the United States Attorney's Office attempted to serve Wells Fargo Card Services, c/o Corporation Service Company, Registered Agent, at zip code 19808 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Both mailings were returned as not deliverable as addressed and unable to forward. The Wells Fargo Card Service By-Laws instructed the government to serve the registered agent, Corporation Service Company, in Delaware. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 10-11, 13-18, 147-150.

On October 8, 2024, the United States Attorney's Office served Wilmington Savings Fund Society, FSB, Controllers Office, at zip code 19801 by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. Notice of Filing Service of Process – Mailing, ECF No. 91-1, p. 11, 13-18, 151-152.

On October 17, 2024, the United States Marshals Service personally served N.V. Energy with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Samellah Mansur-Johnston, Senior Legal Assistant. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 3, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Brianna Johnson, Clark County Assessor, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 4, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Debbie Conway, Clark County Recorder, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 5, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served James B. Gibson, Chair of Clark County Commission; V.P. of Southern NV Water Authority; and V.P. of L.V. Valley, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 6, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Justin Jones, County Commissioner; Southern NV Water Authority; and Vice Chair of Clark County Water Reclamation, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 7, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Kevin Schiller, Clark County Commission Manager, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 8, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Lynn Goya, Clark County Clerk and on behalf of Clark County Water Reclamation Dist.; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Bertha Gariano, Public Service Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 9, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served N.V. Energy, c/o Adrian Cacuci, Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Saleemah Masur-Johnston, Senior Legal Assistant. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 10, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Dan Stewart, Vice Chair, Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 11, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Service was

accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 12, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 13, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District and Chair of Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 14, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Southern Nevada Water Authority c/o Olivia Diaz, Board of Directors, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 15, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Southern Nevada Water Authority c/o Scott Black, Board of Directors, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 16, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service personally served Southern Nevada Water Authority c/o Steve Walton, Board of Directors, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Shelley McGinn, Executive Assistant in Legal Services. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 17, 37-39, 49-51.

/ / /

On October 28, 2024, the United States Marshals Service personally served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Ofelia, Legal sec/DA Civil Division. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 18, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service attempted to personally serve N.V. Energy, c/o Scott Thon, Director, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 19, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service attempted to personally Silver Oaks Estates HOA, c/o First Colombia Community Management Inc., Registered Agent, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate them. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 20, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service attempted to personally serve Silver Oaks Estates HOA, c/o Patricia Hess, Secretary and Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate her. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 21, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service attempted to personally serve Silver Oaks Estates HOA, c/o Patricia Everest, President, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate her. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 22, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service attempted to personally serve Southwest Gas with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate the company. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 23, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service attempted to personally serve Southwest Gas, c/o Justin Brown, President, with copies of the Substitution and

Forfeiture Order and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 24, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service attempted to personally serve Southwest Gas, c/o Kenneth Kenny, Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 25, 37-39, 49-51.

On October 28, 2024, the United States Marshals Service attempted to serve Southwest Gas, c/o Thomas Moran, Secretary, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 26, 37-39, 49-51.

On October 17, 2024, the United States Marshals Service personally served Steve B. Wolfson, District Attorney, Clark County District Attorney's Office, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Sommer Kariange, Legal Office Services Supervisor of Clark County DA. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 28, 41-43, 49-51.

On October 18, 2024, the United States Marshals Service personally served Smith & Shapiro PLLC, All Western Mortgage, Registered Agent, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Elizabeth Bernal, Front Desk Receptionist. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 29, 41-43, 49-51; Service of Process, ECF No. 84, p. 8-14.

On October 18, 2024, the United States Marshals Service personally served All Western Mortgage, c/o Christopher Biaggi, President, Secretary, Treasurer, and Director, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Gabriella Jimenez, Reception. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 30, 41-43, 49-51; Service of Process, ECF No. 84, p. 1-7.

On November 4, 2024, the United States Marshals Service personally served COX Communications Las Vegas, Inc., with copies of the Substitution and Forfeiture Order and

/ / /

the Notice. Service was accepted by Craig Pratt, Security Investigator. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 31, 41-43, 49-51.

On November 5, 2024, the United States Marshals Service personally served Republic Silver Disposal, INC DBA Republic Services, Attn: Management/Legal/Liens, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by Nick Odell, Facilities Front Office. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 32, 41-43, 49-51.

On November 4, 2024, the United States Marshals Service attempted to personally serve Bryn Mawr Trust, Wilmington Savings Fund Soc., FSB as Docile Name c/o WSFS SPE Services LLC, Reg. Agent, with copies of the Substitution and Forfeiture Order and the Notice. They were unable to locate the entity. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 33, 41-43, 49-51.

On October 24, 2024, the United States Marshals Service personally served J. Ken Diaz, Clark County Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. Service was accepted by A. Logan, Tax Collector. Notice of Filing Service of Process – Personal Service, ECF No. 93-1, p. 35, 45-47, 49-51.

On November 6, 2024, Clark County filed a disclaimer of interest, ECF No. 86. Clark County disclaimed any interest in the property but did not disclaim their interest in the property taxes.

On November 11, 2024, Jesse R. Marchese, Counsel for Christopher Housley, filed a Petition for Ancillary Hearing, ECF No. 87. On January 12, 2025, Jesse R. Marchese, Counsel for Christopher Housley, filed a Withdrawal of Petition for Ancillary Hearing, ECF No. 95.

On November 22, 2024, Cox Communications Las Vegas Inc, filed a Motion for Ancillary Hearing, ECF No. 90. On January 14, 2025, Cox Communications Las Vegas Inc, filed a Notice to Withdraw Petition for Ancillary Hearing, ECF No. 96.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

187 Jalyn Rae Court, Las Vegas, NV 89183, more particularly described as:

PARCEL ONE (1):

LOT THIRTY-SIX (36) IN BLOCK THREE (3) OF FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 104, OF PLATS, PAGE 27, RECORDED APRIL 8, 2002 IN BOOK 20020408 OF OFFICIAL RECORDS, AS DOCUMENT NO. 02459, CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON EXCLUSIVE EASEMENT OF INGRESS, EGRESS, USE AND ENJOYMENT OF, IN, TO, AND OVER THOSE PORTIONS AS SHOWN AS "PRIVATE STREETS AND P.U.E.", "COMMON AREAS" AND ASSOCIATION PROPERTY AS SHOWN ON FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY) IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1), TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 177-28-310-020.

(all of which constitutes property); and

that the United States recover from Christopher Stephen Housley, aka Robert White, the in personam criminal forfeiture money judgment of $132,000, and that the property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A); and

the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(c) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

After the net sale proceeds are applied to the payment of the money judgment, the remaining proceeds from the sale of the property will be disposed of in accordance with the Stipulation between United States of America and Christopher S. Housley, ECF No. 79.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for Christopher S. Housley, all third parties, and the following individuals and entities:

1. Sandra or Saundra Kay Housley;
2. All Western Mortgage; AT&T Mobility Corporation; Bryn Mawr Trust, Wilmington Savings Fund Society, FSB as Docile Name; CS Housley Family Trust; Trustee of the CS Housley Family Trust u/a/d/06/12/2019, c/o Christopher Housley; Cox Communications; Green Dot Corporation; Lien Solutions; MERS; MERS INC., as nominee for All Western ; Shellpoint Mortgage Servicing, LLC; SoFi Bank, NA; Silver Oaks Estates Homeowners Association; Sunnova Asset Portfolio 7 Holdings, LLC; Wells Fargo Card Services Wilmington Savings Fund Society;
3. Las Vegas Valley Water District; Southern Nevada Water Authority; N.V. Energy; Republic Silver Disposal INC., DBA Republic Services; Southwest Gas; and
4. Clark County, Nevada, including the following offices and officers, Clark County District Attorney, Clark County Treasurer, Clark County Recorder, Clark County Clerk, Clark County Water District, Clark County Commissioner, Clark County Board of Commissioners, and Clark County Assessor.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States may market the property notwithstanding any third party's name on the deed/title and the title company shall provide clear title on behalf of the United States for the sale of the forfeited property.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED: _____February 18_____, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE