JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2672
marcheselaw@msn.com
Attorney for Defendant – HOUSLEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-00160-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CHRISTOPHER HOUSLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. and CHRISTOPHER HOUSLEY that if any funds remain after all prioritized creditors are paid from the sale of 187 Jalyn Rae Court that $38,500 shall be disbursed to Jess R. Marchese for payment of legal fees owed.

DATED this 14TH day of MARCH, 2025,

JESS R MARCHESE, ESQ.
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106

CHRISTOPHER HOUSLEY
USP Atwater-Satellite Prison Camp
PO Box 019001
Atwater, Ca. 95301

-1-

## ORDER

IT IS HEREBY ORDERED that if any funds remain after all prioritized creditors are paid from the sale of 187 Jalyn Rae Court that $38,500 shall be disbursed to Jess R. Marchese for payment of legal fees owed.

DATED this __10th__ day of __April__, 2025,

_____
HONORABLE ANDREW GORDON