SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER S. HOUSLEY,<br>aka Robert White,<br><br>  Defendant. | 2:22-CR-160-APG-BNW<br><br>ORDER GRANTING<br>**Government's Motion to Extend the Time to File its Response Regarding the Notice of Petition for Relief from Amended Final Order of Forfeiture and Leave to File a Petition for Ancillary Hearing, ECF No. 99**<br><br>**(First Request)** |

　　The United States of America respectfully moves this Court for an Order extending the time for the government to file its response regarding the Notice of Petition for Relief from Amended Final Order of Forfeiture and Leave to File a Petition for Ancillary Hearing, ECF No. 99, to and including April 30, 2025.[1] The current deadline is April 16, 2025. This is the first request.

　　The grounds for extending the time are as follows.

　　The government is in the process of reviewing documentation regarding the property and is working on the response. Due to recent employee changes and understaffing issues, undersigned has a larger workload than usual and is working as efficiently and quickly as possible to respond timely.

　　This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

---

[1] LR IA 6-1(a) and (c).

This Court should grant an extension of time to, and including, April 30, 2025, for the United States to file its response regarding the Notice of Petition for Relief from Amended Final Order of Forfeiture and Leave to File a Petition for Ancillary Hearing, ECF No. 99.

DATED: April 9, 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: April 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2