SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 3886787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. HOUSLEY,<br>aka Robert White,<br><br>Defendant. | 2:22-CR-160-APG-BNW<br>ORDER GRANTING<br>**Government's Unopposed Motion to Extend the Time to Settle with Wilmington Savings Fund FSB, as Trustee of Galton Funding Mortgage Trust 2019-H1, ECF No. 99,**<br><br>**(Second Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to settle with Wilmington Savings Fund FSB, as Trustee of Galton Funding Mortgage Trust 2019-H1's Notice of Petition for Relief from Amended Final Order of Forfeiture and Leave to File a Petition for Ancillary Hearing, ECF No. 99, to and including May 30, 2025.[1] The current deadline is April 30, 2025. This is the second request.

The grounds for extending the time are as follows.

The government reviewed real property records and documents and service of process regarding the property. The government plans to settle with Wilmington. Counsel for Wilmington discussed this matter with the government and, on April 29, 2025, provided financial documents and back up material for the government to determine if they support the dollar amount of its claimed amount.

---

[1] LR IA 6-1(a) and (c).

Because of decisions beyond the control of undersigned, a contractor paralegal and the other Asset Forfeiture Assistant United States Attorney resigned on March 28, 2025. Undersigned has all forfeiture work including the other AUSA, creating a larger workload than usual. He works as efficiently and quickly as possible to respond timely to the multitude of deadlines, working more than the amount hours each day authorized by his medical doctors.

On April 29, 2025, Ian A. Rambarran, KLINEDINST PC, authorized the extension of time for 30 days and indicated Natalie P. Vance, KLINEDINST PC, would agree to the 30-day extension of time. Mr. Rambarran stated he would email Ms. Vance so she knew about her agreement. Mr. Rambarran requested the undersigned work with Ms. Vance because she is located in Las Vegas, Nevada, and is licensed in Nevada.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, May 30, 2025, for the United States to settle Wilmington's claim.

DATED: April 30, 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: 05/01/2025

ANDREW P. GORDON
Chief UNITED STATES DISTRICT COURT JUDGE