TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-160-APG-BNW |
| Plaintiff, | ORDER GRANTING |
| v. | **Unopposed Government's Motion to Extend the Time to File its Response to Defendant Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110** |
| CHRISTOPHER S. HOUSLEY, aka Robert White, | |
| Defendant. | |
| | **(First Request)** |

The United States of America respectfully moves this Court for an Order to extend the time for 30-days for the government to file its response to Defendant Christopher Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110, regarding the forfeiture and fines to, and including February 23, 2026.[1] The current response is due January 23, 2026. This is the first request.

The grounds for extending the time are as follows.

The government is experiencing severe understaffing issues. Also, undersigned has limited time to work (not full time), can only work on one case at a time, and closely monitored due to medical reasons but is working as efficiently as possible to respond timely.

On January 16, 2026, undersigned contacted defendant's counsel of record, Jess Marchese, who does not oppose an extension of time.

---

[1] LR IA 6-1(a) and (c).

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, February 23, 2026, for the United States to file its response to Housley's Motion for Adjustment of Payment Obligations and Relief.

Dated: January 22, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 23, 2026

2