UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00160-APG-BNW |
| Plaintiff, | **Order Denying Motion for Compassionate Release** |
| v. | |
| CHRISTOPHER STEPHEN HOUSELY, aka Robert White, | [ECF No. 111] |
| Defendant. | |

Defendant Christopher Housley moves for compassionate release under 18 U.SC. § 3582(c)(1)(A) because he is suffering financial devastation due to the United States' alleged improper handling of the sale of the house it seized. ECF No. 111. The United States opposes the request. ECF No. 112.

The compassionate release statute authorizes courts to reduce a defendant's term of imprisonment but only "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier . . . ." 18 U.S.C. § 3582(c)(1)(A). Housley offers no proof he has exhausted his administrative remedies, let alone even tried. Thus, I do not have authority to entertain his motion at this time.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE DENY Mr. Housley's motion (ECF No. 111) without prejudice.  If he exhausts his administrative remedies and has not received the relief he requests, he may file a new motion.

DATED THIS 4th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE