TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-160-APG-BNW |
| Plaintiff, | ORDER GRANTING |
| v. | **Unopposed Government's Motion to Extend the Time to File its Response to Defendant Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110** |
| CHRISTOPHER S. HOUSLEY, aka Robert White, | |
| Defendant. | **(Second Request)** |

The United States of America respectfully moves this Court for an Order to extend the time for 30-days for the government to file its response to Defendant Christopher Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110, regarding the forfeiture to, and including March 27, 2026.[1] The current response is due February 23, 2026. This is the second request.

The grounds for extending the time are as follows.

The government continues to experience severe understaffing issues. The undersigned has limited time to work (approximately half the time), can only work on one case at a time, and is closely monitored due to medical reasons. Undersigned continues to work as efficiently as possible within his medical restrictions to respond timely.

---

[1] LR IA 6-1(a) and (c).

Undersigned has pursued each individual case according to numerous deadlines, and until one is finished, he cannot and does not proceed to the next case. This case has not risen to the top of the list. Undersigned hopes to have a response on or before March 27, 2026.[2]

On February 23, 2026, defendant's counsel of record, Jess Marchese, agreed to this second extension of time.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, March 27, 2026, for the United States to file its response to Housley's Motion for Adjustment of Payment Obligations and Relief.

Dated: February 23, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

 /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT COURT CHIEF JUDGE

DATED: March 2, 2026

---

[2] A paralegal prepares standard Motions to Withdraw Counsel that takes very little time for the AUSA to review and to approve the one sentence for filing when he performs that duty. The AUSA has worked to settle the forfeiture in *United States v. $775,831*, 2:25-CV-310-APG-DJA. While the AUSA has waited on claimant's and his counsel's acceptance of the offer, he has worked to settle the forfeiture in *United States v. Magzanyan*, 2:20-CR-254-JAD-EJY. These two cases have been at the top of the list for the past few months, waiting for the other case during negotiations, research, contacting the central authority on Extradition, etc. The AUSA believes the *$775,831* case will be resolved this week.