TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-160-APG-BNW |
| Plaintiff, | ORDER GRANTING |
| v. | **United States of America's Unopposed Motion to Approve Sale Price and Sale Terms for Real Property Located at 187 Jalyn Rae Court, Las Vegas, NV 89183** |
| CHRISTOPHER STEPHEN HOUSLEY, aka Robert White, | |
| Defendant. | |

The United States moves this Court to approve the sale of 187 Jalyn Rae Court, Las Vegas, NV 89183 (property)[1] for $800,000, reducing the price from $975,000.[2] Christopher Housley has accepted this offer according to an email Housley sent to Doug Sawyer[3] and

---

[1] More particularly described as:
PARCEL ONE (1):
LOT THIRTY-SIX (36) IN BLOCK THREE (3) OF FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 104, OF PLATS, PAGE 27, RECORDED APRIL 8, 2002 IN BOOK 20020408 OF OFFICIAL RECORDS, AS DOCUMENT NO. 02459, CLARK COUNTY, NEVADA.
PARCEL TWO (2):
A NON EXCLUSIVE EASEMENT OF INGRESS, EGRESS, USE AND ENJOYMENT OF, IN, TO, AND OVER THOSE PORTIONS AS SHOWN AS "PRIVATE STREETS AND P.U.E.", "COMMON AREAS" AND ASSOCIATION PROPERTY AS SHOWN ON FINAL MAP OF SILVER OAK ESTATES (A COMMON INTEREST COMMUNITY) IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1), TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 177-28-310-020.
[2] Order granting stipulation regarding forfeiture (Stipulation), ECF No. 79; Order approving list price, ECF No. 81.
[3] See Exhibit 1, Email from Doug Sawyer with Housley's agreement.

according to defense counsel and the government will accept this offer with this Court's approval.

The reason for this request is to authorize Doug Sawyer and the USMS to sell the property for $800,000 under the Court-ordered stipulation[4] and Second Amended Final Forfeiture Order.[5]

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

### Motion and Memorandum of Points and Authorities

This Court authorized the Interlocutory Sale of the property at $975,000 and forfeited it in the Second Amended Final Order of Forfeiture.[6] Mr. Sawyer listed the price for $975,000.[7]

After Doug Sawyer listed the property multiple issues had to be addressed, including landscaping problems, pool problems, and issues with the appearance of the property. The intended buyer cleared the background check.[8] The buyer wants to close escrow around March 31, 2026.

If this Court approves the sale price, the proceeds will be accounted for and distributed according to the law.

Under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property were extinguished and are not recognized as to Housley and all potential third parties, including the following individuals and entities:

1. Sandra or Saundra Kay Housley;

2. All Western Mortgage; AT&T Mobility Corporation; CS Housley Family Trust; Trustee of the CS Housley Family Trust u/a/d/06/12/2019, c/o Christopher Housley; Cox Communications; Green Dot Corporation; Lien Solutions; MERS;

---

[4] Stipulation, ECF No. 79.
[5] Second Amended Final Order of Forfeiture (FO), ECF No. 109.
[6] Stipulation, ECF No. 79; Order approving list price, ECF No. 81; FO, ECF No. 109.
[7] Order approving list price, ECF No. 81.
[8] See Exhibit 2, Sale Contract, filed under seal pursuant to Fed. R. Crim. P. 49.1(a).

MERS INC., as nominee for All Western Mortgage; SoFi Bank, NA; Silver Oaks Estates Homeowners Association; Sunnova Asset Portfolio 7 Holdings, LLC; Wells Fargo Card Services;

3. Las Vegas Valley Water District; Southern Nevada Water Authority; N.V. Energy; Republic Silver Disposal INC., DBA Republic Services; Southwest Gas; and

4. Clark County, Nevada, including the following offices and officers, Clark County District Attorney, Clark County Treasurer, Clark County Recorder, Clark County Clerk, Clark County Water District, Clark County Commissioner, Clark County Board of Commissioners, and Clark County Assessor.[9]

The forfeiture action is completed, and the property will be sold under Supp. R. G(7)(b)(iii) and the net sale proceeds distributed according to the agreements and under Supp. R. G(7)(c).

According to the DEA, the government has determined that (1) neither the buyer nor any individual who will be on the title after the completion of the sale is a felon; and (2) this sale represents an arms-length transaction.

Dated: March 18, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:   March 19, 2026

---

[9] FO, ECF No. 109.

3