TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-160-APG-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Government's Motion to Extend the Time to File its Response to Defendant Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110** |
| CHRISTOPHER S. HOUSLEY, aka Robert White, | |
| Defendant. | **(Third Request)** |

The United States of America respectfully moves this Court for an Order to extend the time for 7-days for the government to file its response to Defendant Christopher Housley's Motion for Adjustment of Payment Obligations and Relief, ECF No. 110, regarding the forfeiture to, and including April 3, 2026.[1] The current response is due March 27, 2026. This is the third request.

The grounds for extending the time are as follows.

The United States Attorney's Office (USAO) and the United States Marshals Service headquarters were experiencing technical issues. The Assistant Chief, Real Property Unit, Asset Forfeiture Division, of the United States Marshals Service, assisting with the evidence for the response has approximately 100 supporting documents at close to 160MB that were

---

[1] LR IA 6-1(a) and (c).

sent to undersigned today. The USAO does not currently have an IT staff and the process for transferring the files has been complicated as a result. Undersigned is also dealing with other emergency issues relating to the sale of 187 Jalyn Rae Court that was forfeited in this case. Undersigned continues to work as efficiently as possible within his medical restrictions to respond timely.

Undersigned has finished as much of the response as he could without the supporting files. Undersigned hopes to have a completed response on or before April 3, 2026.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, April 3, 2026, for the United States to file its response to Housley's Motion for Adjustment of Payment Obligations and Relief.

Dated: March 26, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT COURT CHIEF JUDGE

DATED:  March 27, 2026

2